UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 15-31762-H3-7 |
|---|---|---|
| | § | |
| WB Chancel GP, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lowell T. Cage, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $21,645.38 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $18,354.62 | | |

3)   Total gross receipts of $40,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $61,651.36 | $32,134.89 | $21,645.38 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $18,354.62 | $18,354.62 | $18,354.62 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Disbursements** | $0.00 | $80,005.98 | $50,489.51 | $40,000.00 |

4). This case was originally filed under chapter 7 on 04/02/2015. The case was pending for 53 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/12/2019</u>     By: <u>/s/ Lowell T. Cage</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| WB Chancel Development Partners LP (not the GP) has a potential claim against parties. There is a pending case: WB Chanc | 1249-000 | $40,000.00 |
| **TOTAL GROSS RECEIPTS** | | $40,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al | 4110-000 | $0.00 | $29,516.47 | $0.00 | $0.00 |
| 2 | Harris County et al | 4110-000 | $0.00 | $32,134.89 | $32,134.89 | $21,645.38 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $61,651.36 | $32,134.89 | $21,645.38 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P., Trustee | 2100-000 | NA | $4,750.00 | $4,750.00 | $4,750.00 |
| Cage, Hill & Niehaus L.L.P., Trustee | 2200-000 | NA | $131.65 | $131.65 | $131.65 |
| International Sureties, Ltd | 2300-000 | NA | $8.15 | $8.15 | $8.15 |
| Independent Bank | 2600-000 | NA | $39.50 | $39.50 | $39.50 |
| Integrity Bank | 2600-000 | NA | $105.32 | $105.32 | $105.32 |
| Scott M. Broussard, Attorney for Trustee | 3210-000 | NA | $13,320.00 | $13,320.00 | $13,320.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $18,354.62 | $18,354.62 | $18,354.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-31762-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | WB CHANCEL GP, LLC | Date Filed (f) or Converted (c): | 04/02/2015 (f) |
| For the Period Ending: | 9/12/2019 | §341(a) Meeting Date: | 05/21/2015 |
| | | Claims Bar Date: | 08/09/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Interest in WB Chancel Development Partners, LP | Unknown | $0.00 | | $0.00 | FA |
| 2 | WB Chancel Development Partners LP (not the GP) has a potential claim against parties. There is a pending case: WB Chancel Development Partners, L.P. v Manning Williams, et al; Cause No. 13-DCV-208758 in the district court, 434th judicial district, Fort Bend county, Texas. | Unknown | $40,000.00 | | $40,000.00 | FA |
| **Asset Notes:** | Order approving compromise entered 12/27/17 (doc #244); Glunt and Hudson to pay $20,000 each. | | | | | |

**TOTALS (Excluding unknown value)**         $0.00         $40,000.00         $40,000.00         **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

| 06/04/2019 | TFR submitted to UST on 06/05/19. |
| 03/31/2017 | Discovery served by Trustee on Defendants.  No trial date scheduled in District Court. (TDM) |
| 03/31/2016 | Jointly Administered under 15-31305 Porter Development Partners, LLC |

Initial Projected Date Of Final Report (TFR):   12/31/2017        Current Projected Date Of Final Report (TFR):   12/31/2019

/s/ LOWELL CAGE
LOWELL CAGE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-31762-H3-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | WB CHANCEL GP, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8242 | | Checking Acct #: | ******1762 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 4/2/2015 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 9/12/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/17/2018 | (2) | Tate, Moerer & King, LLP | Settlement proceeds; Check #1235 dated 02/22/18 | 1249-000 | $20,000.00 | | $20,000.00 |
| 05/17/2018 | (2) | Robert Hudson | Cashiers Check No. 484548 dated 12/14/17; Settlement proceeds | 1249-000 | $20,000.00 | | $40,000.00 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.08 | $39,978.92 |
| 06/04/2018 | 3001 | Scott M. Broussard | 05/16/18 317 Special Counsel fees | 3210-000 | | $13,320.00 | $26,658.92 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $44.71 | $26,614.21 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $39.53 | $26,574.68 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.37 | $26,568.31 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($6.37) | $26,574.68 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $465.05 | $26,109.63 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($465.05) | $26,574.68 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $39.50 | $26,535.18 |
| 10/08/2018 | 3002 | International Sureties, Ltd | Bond payment | 2300-000 | | $8.15 | $26,527.03 |
| 07/23/2019 | 3003 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 | | $4,750.00 | $21,777.03 |
| 07/23/2019 | 3004 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 | | $131.65 | $21,645.38 |
| 07/23/2019 | 3005 | Harris County et al | Final Distribution Claim #2 | 4110-000 | | $21,645.38 | $0.00 |

**SUBTOTALS**   $40,000.00   $40,000.00

Page No: 2  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-31762-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | WB CHANCEL GP, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8242 | Checking Acct #: | ******1762 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/2/2015 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 9/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $40,000.00 | $40,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $40,000.00 | $40,000.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $40,000.00 | $40,000.00 | |

| For the period of 4/2/2015 to 9/12/2019 | | For the entire history of the account between 05/17/2018 to 9/12/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $40,000.00 | Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 | Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $40,000.00 | Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,000.00 | Total Comp/Non Comp Disbursements: | $40,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3    Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-31762-H3-7 | Trustee Name: | Lowell Cage |
|---|---|---|---|
| Case Name: | WB CHANCEL GP, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8242 | Checking Acct #: | ******1762 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/2/2015 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 9/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $40,000.00 | $40,000.00 | $0.00 |

| For the period of 4/2/2015 to 9/12/2019 | | For the entire history of the case between 04/02/2015 to 9/12/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $40,000.00 | Total Compensable Receipts: | $40,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,000.00 | Total Comp/Non Comp Receipts: | $40,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $40,000.00 | Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40,000.00 | Total Comp/Non Comp Disbursements: | $40,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LOWELL CAGE

LOWELL CAGE